**CLINCHFIELD COAL COMPANY,**
Petitioner,

v.

**DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS; Sidney Lloyd Burden, Jr., Administrator
of the Estate of Sidney Burden, Respondents.**

No. 11–1163.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 25, 2011.

Decided: Nov. 7, 2011.

Timothy W. Gresham, Penn, Stuart & Eskridge, Abingdon, Virginia, for Petitioner. M. Patricia Smith, Solicitor of Labor, Rae Ellen James, Associate Solicitor, Patricia M. Nece, Sarah M. Hurley, United States Department of Labor, Washington, D.C.; Joseph E. Wolfe, Ryan C. Gilligan, Wolfe, Williams, Rutherford & Reynolds, Norton, Virginia, for Respondents.

Before NIEMEYER, DAVIS, and KEENAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clinchfield Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2006). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Clinchfield Coal Co. v. Director, Office of Workers' Comp. Programs,* No. 10–0231–BLA (B.R.B. Dec. 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*